# EXHIBIT A

6

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | (203) 591-3300 | June 15, 2021 |

| ☒ Judicial District / ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Waterbury | Case type code (See list on page 2) Major: V   Minor: 01 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Fitzpatrick Mariano Santos & Sousa, 203 Church Street, Naugatuck, CT 06770 | 409172 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 729-4555 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 (If agreed to)

Number of Plaintiffs: 1   Number of Defendants: 2   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Byrd, Marcus  Address: 74 Marlboro Street, Waterbury, CT 06705 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Arsenault, Emmanuel, 105 Elm St., Apt A, Woodstock, New Brunswick, Canada, E7M 1R5  Address: AGENT: Commissioner of Motor Vehicles, 60 State St, Wethersfield, CT 06109 | D-01 |
| Additional Defendant | Name: Seafood Express (PEI) Ltd., 20 Upton Road, Charlottestown, Prince Edward Island, Canada, C1A7M8  Address: AGENT: Commissioner of Motor Vehicles, 60 State St, Wethersfield, CT 06109 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Name of Person Signing at Left Cesar L. Sousa, Esquire | Date signed 4/22/2021 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

## Instructions

1. Type or print legibly, sign summons
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
|  | C 10 | Construction - State and Local |
|  | C 20 | Insurance Policy |
|  | C 30 | Specific Performance |
|  | C 40 | Collections |
|  | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
|  | E 10 | Redevelopment Condemnation |
|  | E 20 | Other State or Municipal Agencies |
|  | E 30 | Public Utilities & Gas Transmission Companies |
|  | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
|  | M 10 | Receivership |
|  | M 20 | Mandamus |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
|  | M 40 | Arbitration |
|  | M 50 | Declaratory Judgment |
|  | M 63 | Bar Discipline |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |
|  | M 68 | Bar Discipline - Inactive Status |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
|  | M 83 | Small Claims Transfer to Regular Docket |
|  | M 84 | Foreign Protective Order |
|  | M 90 | All other |
| Property | P 00 | Foreclosure |
|  | P 10 | Partition |
|  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | P 30 | Asset Forfeiture |
|  | P 90 | All other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  | T 03 | Defective Premises - Private - Other |
|  | T 11 | Defective Premises - Public - Snow or Ice |
|  | T 12 | Defective Premises - Public - Other |
|  | T 20 | Products Liability - Other than Vehicular |
|  | T 28 | Malpractice - Medical |
|  | T 29 | Malpractice - Legal |
|  | T 30 | Malpractice - All other |
|  | T 40 | Assault and Battery |
|  | T 50 | Defamation |
|  | T 61 | Animals - Dog |
|  | T 69 | Animals - Other |
|  | T 70 | False Arrest |
|  | T 71 | Fire Damage |
|  | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | V 05 | Motor Vehicles* - Property Damage only |
|  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | V 09 | Motor Vehicle* - All other |
|  | V 10 | Boats |
|  | V 20 | Airplanes |
|  | V 30 | Railroads |
|  | V 40 | Snowmobiles |
|  | V 90 | All other |
|  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | W 90 | All other |

JD-CV-1 Rev. 10-15 (Back/Page 2)

(Page 2 of 2)

| | | |
|---|---|---|
| RETURN DATE: JUNE 15, 2021 | : | SUPERIOR COURT |
| MARCUS BYRD | : | J. D. OF WATERBURY |
| V. | : | AT WATERBURY |
| EMMANUEL ARSENAULT ET AL | : | APRIL 22, 2021 |

## COMPLAINT

**FIRST COUNT**: (Marcus Byrd v. Emmanuel Arsenault)

1. On March 3, 2020 at approximately 11:09 a.m., the plaintiff, Marcus Byrd, was the operator of a motor vehicle traveling west in the right lane of three on Interstate 84, a public highway in Waterbury, Connecticut.

2. At the same time and place, the defendant, Emmanuel Arsenault, was the operator of a motor vehicle that was traveling west in the center lane of three on Interstate 84.

3. At the same time and place, the motor vehicle operated by the defendant, Emmanuel Arsenault, suddenly and without warning entered the right lane of Interstate 84 and collided with the motor vehicle operated by the plaintiff, Marcus Byrd, thereby causing him to suffer the injuries and losses as set forth below.

4. The collision was caused by the negligence of the defendant, Emmanuel Arsenault, in one or more of the following ways:

    a) he failed to keep a reasonable and proper lookout for other vehicles on the road;

    b) he failed to turn or swerve so as to avoid the collision;

    c) he failed to apply the brakes in time to avoid the collision;

    d) he failed to sound the horn or give a timely warning of the impending collision;

    e) he failed to keep the vehicle under proper control;

    f) he was inattentive in the operation of the vehicle;

    g) he operated the vehicle at a rate of speed greater than is reasonable, having due regard to the width, traffic, and use of the highway, road or parking area, the intersection of streets and weather conditions, in violation of § 14-218a of the Connecticut General Statutes;

    h) he operated a vehicle so as to obstruct or impede traffic, in violation of §14-240(b) of the Connecticut General Statutes;

    i) he moved the vehicle right upon the roadway when it was unsafe to do so, in violation of §14-

2

        242(a) of the Connecticut General Statutes; and/or

j)     he failed to drive the vehicle entirely within a single lane and moved the vehicle from the left lane to the right lane when it was unsafe to do so, in violation of § 14-236 of the Connecticut General Statutes.

5.     As a result of the collision, the plaintiff, Marcus Byrd, suffered the following injuries, some or all of which may be permanent in nature:

    a)     6% permanent partial disability to the cervical spine;

    b)     cervical strain/sprain;

    c)     neck pain;

    d)     segmental and somatic dysfunction of the cervical spine;

    e)     left shoulder pain;

    f)     segmental and somatic dysfunction of the lumbar spine;

    g)     7% permanent partial disability to the lumbosacral spine;

    h)     lumbar strain/sprain;

    i)     disc bulge at L4-L5;

    j)     disc bulge at L5-S1

    k)     lumbar radiculopathy;

FITZPATRICK | MARIANO | SANTOS | SOUSA P.C.   ATTORNEYS AT LAW
THE THOMAS NEARY BUILDING, 203 CHURCH STREET • NAUGATUCK, CT 06770 • JURIS NUMBER 409172 • (203) 729-4555 • FAX (203) 723-1914 • www.fmslaw.org

      l)      back pain;

      m)     head pain;

      n)     concussion;

      o)     head pain;

      p)     face pain;

      q)     left foot pain;

      r)     left knee pain; and

      s)     pain and suffering, both mental and physical.

6.    As a result of the collision, the plaintiff, Marcus Byrd, was forced to incur expenses for medical care and treatment, all necessary to his recovery, and will likely be forced to incur additional expenses for medical care and treatment in the future.

7.    As a further result of the collision, the plaintiff, Marcus Byrd, was unable and remains unable to participate in and enjoy his usual activities.

**SECOND COUNT:** (Marcus Byrd v. Seafood Express (PEI) Ltd.)

1-7.    Paragraphs 1-7 of the First Count are hereby incorporated and made corresponding paragraphs of this Second Count as if fully set forth herein.

8.    At all times mentioned herein, the defendant, Seafood Express (PEI)

4

Ltd., owned the vehicle operated by Emmanuel Arsenault.

9. At all times mentioned herein, Emmanuel Arsenault, was operating the motor vehicle with the permission of the defendant, Seafood Express (PEI) Ltd.

10. At all times mentioned herein, Emmanuel Arsenault was operating the motor vehicle as the agent, servant and/or employee of the defendant, Seafood Express (PEI) Ltd.

11. At all times mentioned herein, Emmanuel Arsenault was operating the motor vehicle as the agent of the defendant, Seafood Express (PEI) Ltd., pursuant to Connecticut General Statutes Section 52-182 and/or 52-183.

5

WHEREFORE, the plaintiff claims:

1. Money damages.

THE PLAINTIFF,<br>
MARCUS BYRD<br><br>
_____<br>
Cesar L. Sousa, Esq.<br>
Fitzpatrick, Mariano Santos & Sousa<br>
203 Church Street<br>
Naugatuck, CT 06770<br>
Phone: (203) 729-4555

6

| | | |
|---|---|---|
| RETURN DATE: **JUNE 15, 2021** | : | SUPERIOR COURT |
| MARCUS BYRD | : | J. D. OF WATERBURY |
| V. | : | AT WATERBURY |
| EMMANUEL ARSENAULT ET AL | : | APRIL 22, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,

*/s/ Cesar L. Sousa*
Cesar L. Sousa
Fitzpatrick, Mariano Santos & Sousa
203 Church Street
Naugatuck, CT 06770
Phone: (203) 729-4555

7