**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARCUS BYRD, | : |
| Plaintiff | : |
| vs. | : Civil Action No.: 3:21-cv-00733-MPS |
| EMMANUEL ARSENAULT; | : |
| SEAFOOD EXPRESS (PEI) LTD. | : |
| Defendants | : July 6, 2021 |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to FRCP Rule 41, the Plaintiff, Marcus Byrd, and Defendants, Emmanuel Arsenault and Seafood Express (PEI), LTD., by and through their attorneys, herby file this Joint Stipulation of Dismissal. The parties have reached a Settlement and the matter can be closed.

| DEFENDANTS, | PLAINTIFF, |
|---|---|
| EMMANUEL ARSENAULT and | Marcus Byrd |
| SEAFOOD EXPRESS (PEI) LTD. | |
| | |
| By: /s/ Joshua S. Chapps, Esq. ct27867 | By: /s/ Timothy Fitzpatrick, Esq. ct30059 |
| Conway Stoughton LLC | Fitzpatrick, Mariano, Santos and Sousa |
| 641 Farmington Avenue | 203 Church Street |
| Hartford, CT 06105 | Naugatuck, CT 06770 |
| Phone: (860) 523-8000 | 203-729-4555 |
| Fax: (860) 523-8002 | 203-723-1914 |

1